UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 10-00149-JVS (MLGx)    Date  March 22, 2011

Title  California Ironworkers Field Pension Trust, et al. v. Byron Epp, Inc.

Present: The Honorable  James V. Selna

Karla J. Tunis                                             Not Present
Deputy Clerk                                            Court Reporter

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:
Not Present                                              Not Present

**Proceedings:**   (In Chambers)   Order to Show Cause to Defendant re Failure to Participate in Preparation of Pretrial Conference Order

    Byron Epp, Inc. ("Epp") is ordered to show cause on March 28, 2011 at 11:00 a.m. why the Court should not impose sanctions on Epp and/or Epp's counsel, including striking Epp's answer, for failure to participate the preparation of a jointly submitted proposed pretrial conference order.

0 : 00

Initials of Preparer  kjt